SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>   vs.<br><br>Silpac,<br><br>        Defendant | Case No. **2:10-cv-02745-KJM-EFB**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL APRIL 1, 2011 FOR DEFENDANT SILPAC TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Silpac, by and through their respective attorneys of record, Scott N. Johnson; George E. Murphy, stipulate as follows:

1. No extension of time has been previously obtained.

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

      2. Defendant Silpac is granted an extension until April 1, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

      3. Defendant Silpacs' response will be due no later than April 1, 2011.

IT IS SO STIPULATED effective as of March 11, 2011

Dated:  March 11, 2011          /s/George E. Murphy

                                    George E. Murphy,

                                    Attorney for Defendant Silpac

Dated:  March 11, 2011          /s/Scott N. Johnson

                                    Scott N. Johnson,

                                    Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Silpac shall have until April 1, 2011 to respond to complaint.

Dated: March 18, 2011.

                                    UNITED STATES DISTRICT JUDGE